

FILED

DEC 1 6 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N F O R M A T I O N** |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| v. | ) | CASE NO. 4 20 CR 829 |
| | ) | Title 18, United States Code, |
| BARBARA DAVIS, | ) | Sections 201(b)(2)(C), |
| | ) | 1791(a)(1), and 2243(b) |
| Defendant. | ) | |

**JUDGE GWIN**

GENERAL ALLEGATIONS

1.      The United States Marshals Service ("USMS") was established as a bureau within the United States Department of Justice under the authority and direction of the Attorney General.

2.      The Attorney General was authorized to delegate responsibility for the safekeeping of federal pre-trial detainees to the USMS, and the USMS was authorized to enter into contracts for the same.

3.      The Northeast Ohio Correctional Center ("NEOCC") operated under a contract with the USMS for the safekeeping of federal pre-trial detainees.

4.      Defendant BARBARA DAVIS was employed by NEOCC as a Correctional Officer.

5.      "Mobile Payment Application" was a mobile payment service that allowed individuals to send and receive sums of money electronically.

6.   "Payment Services" were services that allowed individuals to send sums of money from one physical location to be picked up by an individual at another physical location.

COUNT 1<br>(Sexual Abuse of a Ward, 18 U.S.C. § 2243(b))

The United States Attorney Charges:

7.   The allegations contained in paragraphs 1 through 6 of this Information are realleged and incorporated by reference as if fully set forth herein.

8.   From on or about November 13, 2017, to on or about November 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant BARBARA DAVIS, within NEOCC, a prison, institution, or facility in which persons are held in custody by direction of the Attorney General and pursuant to a contract or agreement with the United States Marshal Service, did knowingly engage in a sexual act, to wit: contact between the penis and the vulva, with Ward 1, whose identity is known to the United States Attorney and who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of Defendant, in that Defendant was then a Correctional Officer at NEOCC, where Ward 1 was an inmate, in violation of Title 18, United States Code, Section 2243(b).

COUNT 2<br>(Accepting Bribes, 18 U.S.C. § 201(b)(2)(C))

The United States Attorney further Charges:

9.   The allegations contained in paragraphs 1 through 6 of this Information are realleged and incorporated by reference as if fully set forth herein

10.   From on or about November 13, 2017, to on or about November 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant BARBARA DAVIS, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and

2

accept something of value personally, in return for being induced to do an act and omit to do an act in violation of her official duties, that is: accepting electronic payments via Mobile Payment Application and Payment Services in exchange for smuggling contraband into NEOCC (as charged in Counts 3 and 4 herein), in violation of Title 18, United States Code, Section 201(b)(2)(C).

COUNT 3
(Providing Cellular Telephone to an Inmate, 18 U.S.C. §§ 1791(a)(1), (b)(4), and (d)(1)(F))

The United States Attorney further Charges:

11.     The allegations contained in paragraphs 1 through 6 of this Information are realleged and incorporated by reference as if fully set forth herein

12.     From on or about November 13, 2017, to on or about November 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant BARBARA DAVIS, a correctional officer at NEOCC, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and attempted to provide a prohibited object to a prison inmate, to wit: a cellular telephone, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(4), and (d)(1)(F).

COUNT 4
(Providing Tobacco to an Inmate, 18 U.S.C. §§ 1791(a)(1), (b)(4), and (d)(1)(G))

The United States Attorney further Charges:

13.     The allegations contained in paragraphs 1 through 6 of this Information are realleged and incorporated by reference as if fully set forth herein

14.     From on or about November 13, 2017, to on or about November 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant BARBARA DAVIS, a correctional officer at NEOCC, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and

3

attempted to provide a prohibited object to a prison inmate, to wit: a portion of tobacco, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(5), and (d)(1)(G).

JUSTIN E. HERDMAN
United States Attorney

By: _____
CHELSEA S. RICE
Chief, White Collar Crimes Unit